AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stark, Leonard P. | Delaware -- District Court | 05/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District judge (active) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

844 King Street
Lockbox 26
Wilmington, DE 19801

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of Pennsylvania Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed: garden designer |
| 2. | 2016 | Friends of Goodstay Gardens/University of Delaware: gardener |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | USC University of Southern California | 2/8/16-2/10/16 | Los Angeles, CA | Participate on CLE panel as part of 2016 Intellectual Property Institute | Transportation, hotel, food |
| 2. | Moot Court Board UVa School of Law | 2/19/16-2/21/16 | Charlottesville, VA | Judge seminfinal round of Moot Court Competition | Transportation, hotel, food (self and children) |
| 3. | New York Intellectual Property Law Association | 3/31/16-4/3/16 | New York, NY | Participate on CLE panel and events relating to Dinner in Honor of Federal Judiciary | Transportation, hotel, food (self and spouse) |

| Name of Person Reporting | Date of Report |
|---|---|
| Stark, Leonard P. | 05/10/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Federal Circuit Bar Association | 6/22/16-6/25/16 | Nashville, TN | Participate on CLE panel as part of Federal Circuit Bar Association Bench & Bar Conf | Transportation, hotel, food |
| 5. | New York University | 9/29/16-9/30/16 | New York, NY | Participate on CLE panel as part of program on patent jury trials | Transportation, hotel, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Stark, Leonard P. | 05/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stark, Leonard P. | 05/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wilmington Savings Fund Society Accounts | A | Interest | K | T | | | | | |
| 2. T Rowe Price Growth Stock Trust | A | Dividend | K | T | | | | | |
| 3. Vanguard Institutional Index Instrumental | A | Dividend | K | T | | | | | |
| 4. Vanguard Morgan Growth Fund | A | Dividend | J | T | | | | | |
| 5. Fidelity Investments DE Portfolio 2024 (Index) | | None | L | T | | | | | |
| 6. Fiidelity Investments Asset Manager 70% | A | Dividend | J | T | | | | | |
| 7. Fidelity Investments Asset Manager 50% | A | Dividend | K | T | | | | | |
| 8. Delaware College Portfolio (Fidelity Funds) | | None | M | T | | | | | |
| 9. Delaware College Portfolio 2018 (Fidelity Funds) | | None | M | T | | | | | |
| 10. Fidelity 500 Index Investor Class | A | Dividend | J | T | | | | | |
| 11. Fidelity Investments Fidelity Freedom 2030 | A | Dividend | J | T | | | | | |
| 12. Fidelity Investments Government Cash Reserves | A | Interest | J | T | | | | | |
| 13. Capital One 360 online savings account | A | Interest | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV: Additional Reimbursements

ND Cal Federal Bar Association, 10/17/16-10/19/16 Palo Alto, CA -- Participate on CLE panel as part of Hon. Ronald M. Whyte Symposium -- Transportation, hotel, food

ED Tex Bar Association, 10/19/16-10/21/16 Plano, TX -- Participate on CLE panels as part of 2016 Eastern District of Texas Bench Bar Conference -- Transportation, hotel, food

Harvard Law School, 10/26/17-10/27/17 Cambridge, MA -- Participate on CLE panel as part of Harvard Law Conference on Intellectual Property Law -- Transportation, hotel, food

University of Toronto, 11/3/16-11/4/16 Toronto, Canada -- Participate on CLE panel as part of University of Toronto Patent Colloquium -- Transportation, hotel, food

Cravath, Swaine & Moore LLP 12/1/16 New York, NY -- Participate on CLE panel as part of Cravath/NYU 2016 IP Institute -- Transportation, food

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leonard P. Stark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544